# EXHIBIT A

Case: 1:17-cv-05859 Document #: 87-1 Filed: 03/01/18 Page 2 of 2 PageID #:392

1/12/2018   GENERAL ADMINISTRATIVE ORDER NO. 2015-06 PROCEDURES FOR ARRESTS ON ILLINOIS INTRASTATE WARRANTS ISSUED OUTS...

# GENERAL ADMINISTRATIVE ORDER NO. 2015-06 PROCEDURES FOR ARRESTS ON ILLINOIS INTRASTATE WARRANTS ISSUED OUTSIDE OF COOK COUNTY

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**GENERAL ADMINISTRATIVE ORDER NO. 2015-06**
**SUBJECT:  PROCEDURES FOR ARRESTS ON ILLINOIS INTRASTATE WARRANTS ISSUED OUTSIDE OF COOK COUNTY**

**IT IS HEREBY ORDERED** that, effective July 6, 2015, arresting agencies and the circuit clerk shall comply with the following procedures:

Defendants taken into custody by an arresting agency located within Cook County on an arrest warrant issued by an Illinois state court outside of Cook County shall be required to appear in bond court in the appropriate district or division of this court.  A properly executed Intrastate Hold Affidavit shall accompany the defendant.  The circuit clerk shall assign the affidavit an administrative case number and maintain the administrative case data in an electronic case index separate from the electronic criminal case docket.

A bail hearing shall be held, and the defendant shall be remanded by mittimus to the custody of the Cook County sheriff.  The mittimus (remand order) shall direct the sheriff to release the defendant to the demanding authority if the demanding authority presents itself at the Cook County Department of Corrections.

The sheriff may also release the defendant upon receipt of notice from the demanding authority that it has withdrawn its warrant from the Illinois Law Enforcement Agencies Data System (LEADS) and will not take the defendant into custody on that warrant.  Further, when the defendant is able to post the bail set on the warrant issued by the demanding authority, the defendant shall be admitted to bail and scheduled for a court appearance in the county of the demanding authority.

Dated this 17th day of June, 2015.

ENTERED:

Timothy C. Evans
Chief Judge
Circuit Court of Cook County