IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA ALCORN, as Independent Administrator Of the Estate of TYLER LUMAR )<br><br>Plaintiff, )<br><br>v. )<br><br>THE CITY OF CHICAGO, a Municipal Corporation; OFFICER DANIEL WARREN (#17444), OFFICER CARLOS VEGA (#17477), OFFICER CORRINA ESTEBAN (#17617); COMMANDER JAMES JONES (#73), SERGEANT KEVIN GEYER (#1679), JONATHAN ERRUM (#117727 Individually and as employees and/or agents of the CITY OF CHICAGO, COOK COUNTY, OFFICER T. WLODARSKI, OFFICER CRAWFORD, OFFICER GARMON, OFFICER LEON, CORRECTIONAL LIEUTENANT CHAUNTE LATHAM, and LIEUTENANT ANGELA T. LEWIS, Individually and as employees and/or agents of the COOK COUNTY SHERIFF'S OFFICE, and COOK COUNTY SHERIFF THOMAS J. DART, )<br><br>Defendants. ) | No. 17 CV 5859 |

PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT
v. DEFENDANT OFFICER KIPP GARMON

Plaintiff, LISA ALCORN, by her attorneys, O'CONNOR LAW GROUP, LLC, moves for an order of default against Defendant OFFICER KIPP GARMON, and in support state:

1. Defendant Officer Kipp Garmon is a party to this matter.

2. On January 11, 2018, Defendant Officer Kipp Garmon was served with process. See Document #74.

3. On January 31, 2018, Defendant Officer Kipp Garmon appeared. See Document #75.

1

4. On March 5, 2019, this Court ordered that the parties were to begin issuing deposition notices by March 19, 2019. See Document #185.

5. On March 19, 2019, the parties scheduled Defendant Officer Garmon's deposition for April 30, 2019 at 3:00 p.m. at 140 S. Dearborn Street, Suite 320. See attached Notice of Deposition. (Exhibit A).

6. Defendant Officer Garmon failed to appear for his scheduled deposition on April 30, 2019.

7. Plaintiff's attorney made repeated attempts to reschedule Officer Garmon's deposition. See attached email correspondence. (Exhibit B).

8. On October 17, 2019, this Court ordered that the parties agree on firm deposition dates for all remaining fact witnesses, including named defendants by November 18, 2019. See Document #185.

9. As of November 18, 2019, Counsel for Officer Garmon had not produced Officer Garmon nor confirmed a date for his deposition. Counsel for Officer Garmon has advised Plaintiff's counsel that Officer Garmon is now living in Arizona. Plaintiff's counsel offered to take his deposition via video conference at an agreed upon location in Arizona.

10. On November 19, 2019, this Court ordered again that the parties provide agreed upon firm deposition dates for all remaining fact witnesses, including Officer Garmon, by December 2, 2019. See Document #216.

11. On November 26, 2019, Plaintiff's counsel advised counsel for Garmon that she would be moving for default if he failed to produce Garmon for his deposition. (Exhibit C).

12. As of December 2, 2019, Officer Garmon has failed to appear for his deposition. Additionally, counsel has failed to provide Plaintiff's counsel with any date in which to depose him.

13. This Court has set the close of fact discovery for January 31, 2020, leaving the parties with little more than a month remaining to schedule and conduct Defendant Officer Kipp Garmon's deposition.

14. As such, despite repeated attempts to reschedule on the part of Plaintiff's attorneys, Defendant Officer Kipp Garmon has failed to comply with this Court's orders.

15. Under Federal Rules of Civil Procedure Rule 37(d), a total failure to respond to the discovery requested—here, a party's own deposition—justifies a sanction. *United States v. Dimucci*, 110 F.R.D. 263, 267 (N.D. Ill. 1986); *Fox v. Commissioner of Internal Revenue*, 718 F.2d 251, 254 (7th Cir. 1983); *Marchman v. Derwinski*, No. 86 8255, 1992 WL 6063, at *1 (N.D. Ill. Jan. 9, 1992).

16. This Court may issue any sanction listed in Rule 37(b)(2)(A)(i)-(vi), including default judgment against Defendant Officer Kipp Garmon.

17. This Court is justified in using default judgment as a sanction against Defendant Officer Kipp Garmon for his total failure to comply with his own deposition in order to ensure that Plaintiff, who is vigorously pursuing her case, is not hindered by those who are not. *United States v. Di Mucci*, 879 F.2d 1488, 1493-94 (7th Cir. 1989).

WHEREFORE, Plaintiff moves for an order of default pursuant to Rule 37(d) and 37(b)(2)(A)(vi) against Defendant OFFICER KIPP GARMON.

Respectfully Submitted,

/s/ Eileen M. O'Connor
Eileen M. O'Connor
One of the Attorneys for Plaintiff

ARDC No.6290372
Eileen M. O'Connor
O'CONNOR LAW GROUP
140 S. Dearborn, Suite 320
Chicago, IL 60603
(312) 236-1814
eoc@oconnorlawgrp.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LISA ALCORN, as Plenary Guardian of the )
Estate and Person of TYLER LUMAR )
 )
    Plaintiff, )
 )
v. ) No. 17 CV 5859
 )
THE CITY OF CHICAGO, a Municipal )
Corporation, et al., )
 )
    Defendants. )

### NOTICE OF DEPOSITIONS

TO:    Attorneys of Record - See Attached Service List

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure Rule 30, we will take the depositions of the following individuals, on the following dates:

| Deponent | Date |
|---|---|
| Officer T. Wlodarski | April 30, 2019@10:00 a.m. |
| Officer Crawford | April 30, 2019@1:00 p.m. |
| Officer Garmon | April 30, 2019@3:00 p.m. |
| Officer Leon | May 1, 2019@10:00 a.m. |
| Correctional Lt. Chaunte Lathan | May 1, 2019@1:00 p.m. |
| Lt. Angela Lewis | May 1, 2019@3:30 p.m |

The depositions shall take place at the O'Connor Law Group LLC, 140 S. Dearborn Street, Suite 320, Chicago, Illinois, 60603. The depositions shall be recorded stenographically.

Dated: March 19, 2019

                                    Respectfully Submitted,

                    By:    /s/ Eileen M. O'Connor
                          Eileen M. O'Connor, # 06290372
                          O'CONNOR LAW GROUP LLC
                          140 S. Dearborn, Suite 320
                          Chicago, IL 60603
                          (312) 236-1814
                          eoc@oconnorlawgrp.com



PLAINTIFF'S EXHIBIT A

## CERTIFICATE OF SERVICE

Under penalties as provided by law, the undersigned certifies that copies of the above were served on the above parties via electronic mail to all attorneys of record prior to 5:00 p.m. on March 19, 2019.

_/s/ [signature]_

RE: Alcorn v. City of Chicago
Court No. 17 CV 5859

**SERVICE LIST**

**ATTORNEY FOR CITY OF CHICAGO**
Terrence M. Burns
Elizabeth Ekl
Paul Michalik
Daniel M. Noland
Katherine C. Morrison
Daniel J. Burns
Reiter Burns LLP
311 S. Wacker Drive, Suite 5200
Chicago, IL 60606
312-982-0090
tburns@reiterburns.com
eekl@reiterburns.com
pmichalik@reiterburns.com
dnoland@reiterburns.com
kmorrison@reiterburns.com
dburns@reiterburns.com

**ATTORNEY FOR DANIEL WARREN, CARLOS VEGA, JAMES JONES, ALAN LASCH, CORRINA ESTEBAN, KEVIN GEYER, WESLENE O'DONNELL AND JONATHAN ERRUM**
Elaine C. Davenport
Sanchez Daniels & Hoffman, LLP
333 W. Wacker Drive, Suite 500
Chicago, IL 60606
312-641-1555
312-641-3004 (fax)
EDavenport@SanchezDH.com

**ATTORNEY FOR DART, COOK COUNTY, WLODARSKI, CRAWFORD, GARMON, LEON, LATHAM, LEWIS and JONES-TAPIA**
John Power
Jenna Ann McMahon
Cook County State's Attorney's Office
50 W. Washington Street
Chicago, IL 60602
312-603-4370 – John Power
312-603-4327 – Jenna McMahon
John.Power@cookcountyil.gov
Jenna.McMahon@cookcountyil.gov

**Eileen O'Connor**

**From:** Eileen O'Connor
**Sent:** Tuesday, December 10, 2019 10:13 AM
**To:** Jonathan Safron
**Subject:** FW: Alcorn v. City - Depositions of

Eileen M. O'Connor
**O'CONNOR LAW GROUP, LLC**
140 S. Dearborn
Suite 320
Chicago, IL 60603
Phone: (312) 236-1814
Fax: (312) 580-5479

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of, or the taking of any action in reliance on, the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by email or telephone (312 236-1814). Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, O'Connor Law Group, LLC.

**From:** Eileen O'Connor <eoc@oconnorlawgrp.com>
**Sent:** Monday, October 14, 2019 9:28 AM
**To:** John Power (States Attorney) <John.Power@cookcountyil.gov>
**Subject:** RE: Alcorn v. City - Depositions of

John:

Do you have dates yet for the remaining County officers Temple and Garmon?

Eileen M. O'Connor
**O'CONNOR LAW GROUP, LLC**
140 S. Dearborn
Suite 320
Chicago, IL 60603
Phone: (312) 236-1814
Fax: (312) 580-5479

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of, or the taking of any action in reliance on, the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by email or telephone (312 236-1814). Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, O'Connor Law Group, LLC.


PLAINTIFF'S EXHIBIT B

1

## Eileen O'Connor

**From:** Eileen O'Connor
**Sent:** Tuesday, December 10, 2019 10:13 AM
**To:** Jonathan Safron
**Subject:** FW: Alcorn v. City - Depositions of

Eileen M. O'Connor
**O'CONNOR LAW GROUP, LLC**
140 S. Dearborn
Suite 320
Chicago, IL 60603
Phone: (312) 236-1814
Fax: (312) 580-5479

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of, or the taking of any action in reliance on, the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by email or telephone (312 236-1814). Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, O'Connor Law Group, LLC.

**From:** Eileen O'Connor <eoc@oconnorlawgrp.com>
**Sent:** Friday, October 18, 2019 3:46 PM
**To:** John Power (States Attorney) <John.Power@cookcountyil.gov>
**Subject:** RE: Alcorn v. City - Depositions of

John:

As to Garmon, he is a named Defendant and was physically present at the time of the incident so I will need to depose him.

As for Temple, I guess I need to know what "procedure" required that he/she be notified, what his title is, etc. I am finalizing written discovery to you that includes questions related to this issue, i.e. whether the incident was reported to IDOC, identifying who the Executive Director was, etc. It sounds like Temple may be the person with the most knowledge on this topic?

Eileen M. O'Connor
**O'CONNOR LAW GROUP, LLC**
140 S. Dearborn
Suite 320
Chicago, IL 60603
Phone: (312) 236-1814
Fax: (312) 580-5479

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any

1

## Eileen O'Connor

**From:** Eileen O'Connor
**Sent:** Tuesday, December 10, 2019 10:13 AM
**To:** Jonathan Safron
**Subject:** FW: Alcorn;

Eileen M. O'Connor
**O'CONNOR LAW GROUP, LLC**
140 S. Dearborn
Suite 320
Chicago, IL 60603
Phone: (312) 236-1814
Fax: (312) 580-5479

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of, or the taking of any action in reliance on, the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by email or telephone (312 236-1814). Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, O'Connor Law Group, LLC.

**From:** John Power (States Attorney) <John.Power@cookcountyil.gov>
**Sent:** Friday, November 15, 2019 12:54 PM
**To:** Katherine C. Morrison <kmorrison@reiterburns.com>; Elaine C. Davenport <EDavenport@SanchezDH.com>; Eileen O'Connor <eoc@oconnorlawgrp.com>
**Cc:** Hayley H. Ryan <HRyan@SanchezDH.com>; Elizabeth Ekl <eekl@reiterburns.com>; Maria Avitia <mavitia@reiterburns.com>
**Subject:** RE: Alcorn;

I am available for Alexander on 11/20 at 2:00 after Officer Temple (11/20/19 at 11:00 a.m.)

As to Officer Garmon, who is retired and living in Arizona, I have not been able to obtain a date for his deposition.



**John Power**
Deputy Supervisor - Civil Rights/Torts Litigation
Civil Actions Bureau
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
P: 312.603.4370
F: 312.603.3000
E: john.power@cookcountyil.gov

1

**Eileen O'Connor**

**From:** Eileen O'Connor
**Sent:** Tuesday, November 26, 2019 2:27 PM
**To:** John Power (States Attorney)
**Cc:** Joan Mansch
**Subject:** Re: Alcorn;

John:

Per the Court's last order, we have to have all depositions set by 12/2.

I need to know what you intend on doing with Garmon? If you can't get him to respond, I see no other choice than to move for default. Please let me know.

Thank you,

Eileen M. O'Connor
**O'CONNOR LAW GROUP, LLC**
140 S. Dearborn
Suite 320
Chicago, IL 60603
Phone: (312) 236-1814
Fax: (312) 580-5479

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of, or the taking of any action in reliance on, the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by email or telephone (312 236-1814). Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, O'Connor Law Group, LLC.

---

**From:** Eileen O'Connor <eoc@oconnorlawgrp.com>
**Sent:** Friday, November 15, 2019 1:40 PM
**To:** John Power (States Attorney) <John.Power@cookcountyil.gov>
**Subject:** RE: Alcorn;

John:

Have you made any contact with him?

Eileen M. O'Connor
**O'CONNOR LAW GROUP, LLC**
140 S. Dearborn
Suite 320
Chicago, IL 60603



1