IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA ALCORN, as Independent Administrator Of the Estate of TYLER LUMAR, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF CHICAGO, a Municipal Corporation; OFFICER DANIEL WARREN (#17444), OFFICER CARLOS VEGA (#17477), OFFICER CORRINA ESTEBAN (#17617); COMMANDER JAMES JONES (#73), SERGEANT KEVIN GEYER (#1679), JONATHAN ERRUM (#117727), Individually and as employees and/or agents of the CITY OF CHICAGO, OFFICER T. WLODARSKI, OFFICER CRAWFORD, OFFICER GARMON, OFFICER LEON, CORRECTIONAL LIEUTENANT CHAUNTE LATHAM, and LIEUTENANT ANGELA T. LEWIS, Individually and as employees and/or agents of the COOK COUNTY SHERIFF'S OFFICE, and COOK COUNTY SHERIFF THOMAS J. DART, <br><br> Defendants. | No. 17 CV 5859 |

**PLAINTIFF'S FOURTH SUPPLEMENTAL RESPONSES TO**
**RULE 26(a)(1) DISCLOSURES**

1. State the names and, if known, the addresses and telephone numbers of all persons who you believe are likely to have discoverable information relevant to any party's claims or defenses, and provide a fair description of the nature of the information each such person is believed to possess.

**Paige Lumar**
**430 N. Waller Avenue, Unit 2W**
**Chicago, IL 60644**

Paige Lumar is Tyler Lumar's sister. Ms. Lumar grew up with her brother. She has lay person knowledge of Tyler's medical and mental health conditions prior to the incident. She has information pertaining to damages; including, to the damages Savanah Lumar sustained a result of

1

losing her father. She has knowledge about Tyler's relationships with his family, including but not limited to herself, their mother, Casey Tencate and Savannah Lumar. She participated in preparing the funeral and burial services for her brother. Ms. Lumar routinely visited and observed Tyler during the time period of August 19, 2016 through Tyler's death.

**Taylor Tencate**
**1684 Campbell Ave**
**Des Plaines, IL 60016**

Taylor Tencate is Casey Tencate's sister. She has lay person knowledge of Tyler's medical and mental health conditions prior to the incident. Ms. Tencate has information pertaining to damages; including, to the damages Savanah Lumar sustained a result of losing her father. She has knowledge about Tyler's relationships with his family, including but not limited to herself, her sister, Casey Tencate and her niece, Savannah Lumar. Ms. Tencate has knowledge about Tyler's survival damages as she routinely visited and observed Tyler during the time period of August 19, 2016 through Tyler's death.

**Rosemary Malone**
**640 Elsie Dr.**
**Melrose Park, IL 60160**

Rosemary Malone is Tyler Lumar's godmother. Ms. Malone was an integral part of Tyler's life from birth through his death. She has lay person knowledge of Tyler's medical and mental health conditions prior to the incident. She has information pertaining to damages; including, to the damages Savanah Lumar sustained a result of losing her father. She has knowledge about Tyler's relationships with his family, including but not limited to herself, Tyler's mother, Casey Tencate and Savannah Lumar. Ms. Malone has knowledge about Tyler's survival damages as she visited and observed Tyler during the time period of August 19, 2016 through Tyler's death.

**Ian Bowyer**
**817 S. Karlov Ave.**
**Chicago, IL 60624**

Ian Bowyer is Tyler Lumar's cousin. Ian grew up with Tyler. He has lay person knowledge of Tyler's medical and mental health conditions prior to the incident. Mr. Bowyer has information pertaining to damages; including, to the damages Savanah Lumar sustained a result of losing her father. He has knowledge about Tyler's relationships with his family, including but not limited to himself, Casey Tencate and Savannah Lumar. Mr. Bauer has knowledge about Tyler's survival damages as he visited and observed Tyler during the time period of August 19, 2016 through Tyler's death.

**Austin Bowyer**
**836 N. Austin**
**Oak Park, IL 60302**

Austin Bowyer is Tyler Lumar's cousin. He has lay person knowledge of Tyler's medical and

mental health conditions prior to the incident. Mr. Bowyer has information pertaining to damages; including, to the damages Savanah Lumar sustained a result of losing her father. He has knowledge about Tyler's relationships with his family, including but not limited to himself, Casey Tencate and Savannah Lumar. Mr. Bowyer has knowledge about Tyler's survival damages as he visited and observed Tyler during the time period of August 19, 2016 through Tyler's death.

**Trina Hoda**
**4809 S. Praire Ave.**
**Chicago, IL 60615**

Trina Hoda is a very close family friend of the Lumar family. She has lay person knowledge of Tyler's medical and mental health conditions prior to the incident. Ms. Hoda has information pertaining to damages; including, to the damages Savanah Lumar sustained a result of losing her father. She has knowledge about Tyler's relationships with his family, including but not limited to herself, Lisa Alcorn, Casey Tencate and Savannah Lumar. Ms. Hoda has knowledge about Tyler's survival damages as she visited and observed Tyler during the time period of August 19, 2016 through Tyler's death.

**Rhonda Alcorn**
**Naperville, IL**
**\* in process of moving; will supplement address accordingly.**

Rhonda Johnson is Tyler Lumar's aunt. She has lay person knowledge of Tyler's medical and mental health conditions prior to the incident. Ms. Johnson has information pertaining to damages; including, to the damages Savanah Lumar sustained a result of losing her father. She has knowledge about Tyler's relationships with his family, including but not limited to herself, Lisa Alcorn, Casey Tencate and Savannah Lumar. Ms. Johnson has knowledge about Tyler's survival damages as she visited and observed Tyler during the time period of August 19, 2016 through Tyler's death.

**John Alcorn**
**10880 W. Sample Road**
**Apt 5203**
**Coral Springs, FL 33065**

John Alcorn is Tyler Lumar's uncle. He has lay person knowledge of Tyler's medical and mental health conditions prior to the incident. Mr. Alcorn has information pertaining to damages; including, to the damages Savanah Lumar sustained a result of losing her father. He has knowledge about Tyler's relationships with his family, including but not limited to himself, Lisa Alcorn, Casey Tencate and Savannah Lumar. Mr. Alcorn has knowledge about Tyler's survival damages as he occasionally visited and observed Tyler during the time period of August 19, 2016 through Tyler's death.

**Megan Reyes**
**2668 Cressmoor Circle**
**Indianapolis, IN 46234**

Megan Reyes was one of Tyler's elementary teachers while he attended Allen Elementary School in Aurora, Illinois. She was a friend and a mentor to Tyler Lumar as he aged. She has knowledge about Tyler as an elementary student. She remained a friend of the family and of Tyler after Tyler continued on into high school. She has knowledge about Tyler's relationships with his family. She may testify to her personal observations of Tyler after the incident, based upon her visits with Tyler.

**Janel Bishop**
**Oak Park River Forest High School**
**201 Scoville Ave.**
**Oak Park, IL 60302**

Ms. Bishop was one of the Deans at Oak Park River Forest High School while Tyler Lumar attended the school. She has knowledge of Tyler's high school career, including his school friendships. She has knowledge about Tyler's relationships with his family, including but not limited to Casey Tencate. She has no knowledge regarding the specific facts of the occurrence; however, she did observe Tyler Lumar after August 19, 2016 but prior to his death.