IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LISA ALCORN, as Independent Administrator of the Estate of TYLER LUMAR, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 17 CV 5859 |
| v. | ) ) | Judge Virginia M. Kendall |
| THE CITY OF CHICAGO, *et al.*, | ) ) ) | Magistrate Sunil R. Harjani |
| Defendants. | ) | |

**EXHIBITS TO DEFENDANTS' LOCAL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

**INDEX**

| Exhibit | Description |
|---|---|
| 1 | Dep. Ex. 150 - Original Case Incident Report dated August 18, 2016 (FCRL 0012-FCRL 0015) |
| 2 | Dep. Ex. 152 - Arrest Report of Tyler Lumar dated August 18, 2016 (FCRL 000571-FCRL 000575) |
| 3 | Affidavit of Daniel Warren |
| 4 | Dep. Ex. 174 - PDT/Information Hot Desk Search (FCRL 0308-FCRL 0312) |
| 5 | Dep. Ex. 182 – LEADS Printout (FCRL 0083-FCRL 0086) |
| 6 | Dep. Ex. 49 – Daily Prisoner Log Record (FCRL 000068-FCRL 000071) |
| 7 | LEADS Message from Tripoli |
| 8 | Dep. Ex. 51 – CCSAO Incident Report of T. Wlodarski dated August 16. 2019 (CCSAO Alcorn 000096) |
| 9 | Prisoner Transportation Transmittal (FCRL 0313) |
| 10 | Mt. Sinai Medical Records (To Be Filed Under Seal) |
| 11 | Bureau of Patrol Policy 15-0174: Arrest Warrants Issued Outside of Cook County (CITY-ALCORN-007904) |
| 12 | General Administrative Order 2015-06: Procedures for Arrests on Illinois Instrastate Warrants issued Outside of Cook County (CITY-ALCORN-007902-CITY-ALCORN-007903) |
| 13 | Chicago Police Department Special Order 06-01-02: Detention Facilities General Procedures and Responsibilities (CITY-ALCORN-000074-CITY-ALCORN-000079) |

| 14 | Deposition of Officer Dietrice Alexander taken November 20, 2019 |
|---|---|
| 15 | Deposition of Charles Barry taken November 27, 2019 |
| 16 | Deposition of Officer Walter Delgado taken November 7, 2019 |
| 17 | Deposition of Detention Aide Jonathan Errum taken September 18, 2019 |
| 18 | Deposition of Corrina Esteban taken September 6, 2019 |
| 19 | Deposition of Erika Ferguson, M.D. taken January 30, 2020 |
| 20 | Deposition of Sergeant Kevin Geyer taken September 6, 2019 |
| 21 | Deposition of Officer John Granat taken February 6, 2020 |
| 22 | Deposition of Deputy Chief James Jones taken September 18, 2019 |
| 23 | Deposition of Lieutenant Daniel Kranz taken December 18, 2019 |
| 24 | Deposition of Sergeant Alan Lasch taken September 6, 2019 |
| 25 | Deposition of Sergeant Daniel McCall taken November 7, 2019 |
| 26 | Deposition of Andrew McGuire taken October 24, 2019 |
| 27 | Deposition of Lieutenant Curtis Mullenix taken January 7, 2020 |
| 28 | Deposition of Detention Aide Kimoni Peals taken January 8, 2020 |
| 29 | Deposition of Officer Carlos Vega taken September 20, 2019 |
| 30 | Deposition of Officer Peter Vinson taken September 25, 2019 |
| 31 | Deposition of Detective Daniel Warren taken September 20, 2019 |
| 32 | Deposition of Officer Thomas Wlodarski taken July 18, 2019 |
| 33 | Deposition of Lt. Angela Lewis taken July 25, 2019 |
| 34 | Chicago Police Department Special Order 06-12-02: Non-Traffic Arrest Warrant Procedures (CITY-ALCORN-000131-CITY-ALCORN-000136) |
| 35 | Dep. Ex. 154 - Original Case Incident Report RD No. HZ398499 dated August 19, 2016 (FCRL 0078-FCRL 0079) |
| 36 | Arrestee and Property Transport Manifest (FCRL 0314) |
| 37 | Deposition of Sergeant John Gartner taken January 10, 2020 |

## CERTIFICATE OF SERVICE

      I hereby certify that on October 15, 2021 I served the foregoing **Index to Defendants' Local Rule 56.1 Statement of Undisputed Facts in Support of Their Motion for Summary Judgment** on all counsel of record via the Court's (ECF) electronic filing service.

/s/ Elizabeth A. Ekl