BUREAU OF PATROL

29 JULY 2015
BOP 15- 0174

**TO:** Deputy Chief SFD
Deputy Chiefs: All
District Commanders: All
Unit Commanders: All

**FROM:** Wayne M. Gulliford
Chief
Bureau of Patrol

**SUBJECT:** Arrest Warrants Issued Outside of Cook County

Effective immediately, every person arrested by the Chicago Police Department on an arrest warrant issued by an Illinois state court outside of Cook County shall be required to appear in bond court.

After local processing, all persons arrested on an arrest warrant issued by an Illinois state court outside of Cook County will be transported to the appropriate holding facility as determined by Special Order S06-12-02 "Non-Traffic Arrest Warrant Procedures." No law enforcement agency will be permitted to obtain custody of an arrestee for a warrant issued by their jurisdiction prior to that arrestee being taken into custody by the Cook County Sheriff following a bond hearing.

This notice is to be placed in the CO Book and read at roll call for seven (7) consecutive days.

Wayne M. Gulliford
Chief
Bureau of Patrol

WMG/ETJ/MP/cgm
Attachments


PLAINTIFF'S EXHIBIT 167

CITY-ALCORN-007904
EXHIBIT 11

DOC # BOP1500911

**BUREAU OF PATROL**

4 September 2015
BOP # 15-0174.01

TO: Deputy Chief — SFD
Deputy Chiefs — All
District Commanders — All
Unit Commanders — All

FROM: Wayne M. Gulliford
Chief
Bureau of Patrol

SUBJECT: Arrest Warrants Issued Outside of Cook County
****Clarification****

In June 2015, Chief Judge Timothy C. Evans issued an order stating that every person arrested by the Chicago Police Department on an arrest warrant issued by an Illinois state court outside of Cook County shall be required to appear in bond court.

Body attachment warrants for civil proceedings are exempt from the Judge's original order. Department members will follow Department Special Order S06-12-02 "Non-Traffic Arrest Warrant Procedures" when handling these types of arrests.

For any other conflicting issues surrounding these types of arrests, department members will refer to appropriate department orders for guidance.

This notice is to be placed in the CO Book and read at roll call for seven (7) consecutive days.

Wayne M. Gulliford
Chief
Bureau of Patrol

WMG/ETJ/fjl
Attachments



PLAINTIFF'S EXHIBIT 173